1  LEONIDOU & ROSIN
   Professional Corporation
2  Janette G. Leonidou (No. 155257)
   5 Thomas Mellon Circle, Suite 205
3  San Francisco, CA 94134
4  Telephone: (415) 715-2860
   Facsimile:  (415) 715-2870
5  Email: jleonidou@alr-law.com

6  Attorneys for Plaintiff
   SP Aviation
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10

11 SP AVIATION, INC.                    )  Case No. C05-04041 SC
                                        )
12              Plaintiff,              )
        vs.                             )  NOTICE OF SUBSTITUTION OF
13                                      )  ATTORNEY and ORDER APPROVING
                                        )  SUBSTITUTION
14 PIEDMONT HAWTHORNE AVIATION,         )
   INC.,                                )
15              Defendant.              )
                                        )
16 ─────────────────────────────────────

17     PLEASE TAKE NOTICE that Plaintiff SP Aviation, Inc. hereby substitutes Janette G.
18 Leonidou, Esq. and the firm of Leonidou & Rosin, 5 Thomas Mellon Circle, Suite 205, San
19 Francisco, California 94134 (telephone: 415-715-2860, facsimile: 415-715-2870 email:
20 jleonidou@alr-law.com) as its attorneys of record in the place and stead of Reid, Axelrod,
21 McCormack, Griffis, & Ruane, in this action.
22     We consent to the foregoing substitution.
23
24 Dated: December  13 , 2005          SP AVIATION
25
26                                      By _____
27                                         DARRIN PERDUE
                                           President
28

                                        1

1
2   We consent to the foregoing substitution.

3   Dated: December /6 , 2005.

4                                   REID, AXELROD, McCORMACK, GRIFFIS, &
                                    RUANE
5
6
7
                                    By_____
8                                        PETER AXELROD

9

10
11  We accept the foregoing substitution.

12
13  Dated: December 16, 2005

14                                  LEONIDOU & ROSIN
                                    Professional Corporation
15
16
                                    By_____ 197577
17                                       JANETTE G. LEONIDOU

18

19  APPROVED AND SO ORDERED:

20

21  Dated    12/20/05

22
23
24                                  _____
25                                  SAMUEL
                                    Senior Judge
26                                  United States

                                    GRANTED
                                    Judge Samuel Conti

27
28

2
NOTICE OF SUBSTITUTION OF COUNSEL and ORDER APPROVING SUBSTITUTION

C:\DOCUME~1\KB\LOCALS~1\Temp\00077135.DOC