1

2

3

4

5

6

**DOMBROFF & GILMORE, P.C.**
Dane B. Jaques, Esq. (N.D. Cal. Bar 06/13/1991)
1676 International Drive, Penthouse
McLean, VA 22102
Telephone:  (703) 336-8800
Facsimile:  (703) 336-8750
Counsel for Defendant Piedmont Hawthorne
Aviation LLC

7

8

9

10

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

18

| | |
|---|---|
| SP AVIATION, INC., | ) |
| | ) |
| Plaintiff, | )      Case No.: C05-04041 SC |
| | ) |
| v. | ) |
| | ) |
| PIEDMONT HAWTHORNE | ) |
| AVIATION LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Ex Parte Application
~~STIPULATION~~ REGARDING CASE MANAGEMENT CONFERENCE

19

20

21

22

23

24

25

26

27

28

Pursuant to Defendant Piedmont Hawthorne Aviation LLC's ("Piedmont Hawthorne")

counsel's discussion with Theresa Di Martini, and due to a scheduling conflict with Counsel for

Piedmont Hawthorne, the Case Management Conference previously scheduled for February 16,

2006 at 10:00 a.m. has been continued to February 24, 2006 at 10:00 a.m.  The Case

Management Conference will be held at the following location: Courtroom 1, U.S. District

Court, 450 Golden Gate Avenue, San Francisco, California, 94102.

Counsel for Plaintiff SP Aviation, Inc. has advised that he has no objection to this

continuance and that the new date for the Case Management Conference is acceptable to him.

1

All other deadlines set forth in the Court's Scheduling Order will remain the same.

Dated: January 30, 2006                     Respectfully Submitted,

                                            **DOMBROFF & GILMORE, P.C.**

                                            Dane B. Jaques
                                            (N.D. Cal. Bar 06/13/1991)
                                            1676 International Drive, Penthouse
                                            McLean, VA 22102
                                            (703) 336-8800
                                            (703) 336-8750 facsimile
                                            **Counsel for Defendant Piedmont Hawthorne
                                            Aviation LLC**



IT IS SO ORDERED

Judge Samuel Conti

2/2/06

UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA

1    **IT IS SO ORDERED:**

2

3    Dated:_____

4

5

6                                              _____

7                                              THE HONORABLE SAMUEL CONTI
                                               UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2006, a true and correct copy of the

foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system,

which sent notification of such filing to the following:

Janette G. Leonidou
James R. Busselle
Leonidou & Rosin
5 Thomas Mellon Circle, Suite 205
San Francisco, CA 94134
Counsel for Plaintiff

Jean McKinley