LEONIDOU & ROSIN
Professional Corporation
Janette G. Leonidou (SBN 155257)
James R. Busselle (SBN 75980)
5 Thomas Mellon Circle, Suite 205
San Francisco, CA 94134
Telephone: (415) 715-2860
Facsimile: (415) 715-2870

Attorneys for Plaintiff
SP AVIATION, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SP AVIATION, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>PIEDMONT HAWTHORNE AVIATION LLC,<br><br>Defendant. | Case No. C05-04041 SC<br><br>STIPULATION AND ORDER VACATING TRIAL DATE AND SETTING STATUS CONFERENCE<br><br>Trial Date: August 7, 2006 |

WHEREAS the parties hereto have negotiated a good faith settlement of this lawsuit; and

WHEREAS the settlement agreement between the parties calls for a payment to be made to Plaintiff on August 21, 2006;

WHEREAS this matter is currently set for trial on August 7, 2006, before the Honorable Samuel Conti; and

WHEREAS Plaintiff intends to file a stipulation and order for dismissal as soon as the settlement payment is received.

IT IS HEREBY STIPULATED by and between counsel for Plaintiff SP Aviation, Inc. and Defendant Piedmont Hawthorne Aviation, LLC, that:

1. The present August 7, 2006 trial date be vacated as well as all associated pretrial dates as set forth in this Court's previous Pretrial Order; and

2. A status conference be set in this case for September 22, 2006 at 10:00 AM in Courtroom 1 of this Court.

Dated: July 7, 2006

LEONIDOU & ROSIN
Professional Corporation

By ______________________
James R. Busselle
Attorneys for Plaintiff
SP AVIATION, INC.

Dated: July 7, 2006

Dombroff & Gilmore

By ______________________
Dane B. Jaques
Attorneys for Defendant
Piedmont Hawthorne Aviation

ORDER

Pursuant to the Parties' stipulation to vacate the trial date and to set a Status Conference in the above-captioned matter,

IT IS HEREBY ORDERED that the August 7, 2006 trial date be removed from the trial calendar, that all pretrial dates in this Court's previous scheduling order are also vacated and that this matter is hereby set for a Status Conference on September 22, 2006 at 10:00 AM in Courtroom 1 of this Court.

IT IS SO ORDERED.

Dated: July 25, 2006

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Samuel Conti