1  **KENNEY & MARKOWITZ L.L.P.**
2  Harvey T. Elam, Esq. (CA Bar. No. 114796)
   Kimberly I. McIntyre, Esq. (CA Bar. No. 184648)
3  255 California Street, Suite 1300
   San Francisco, CA 94111
4  Telephone: (415) 397-3100
5  Facsimile: (415) 397-3170

6  **DOMBROFF & GILMORE, P.C.**
7  Dane B. Jaques, Esq. (N.D. Cal. Bar 06/13/1991)
   Shaleeza Altaf, Esq. (*Pro Hac Vice Admission*)
8  1676 International Drive, Penthouse
   McLean, VA 22102
9  (703) 336-8800
10 (703) 336-8750 (fax)
   Counsel for Defendant Piedmont Hawthorne Aviation LLC
11

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SP AVIATION, INC., | )
| Plaintiff, | ) Case No.: C05-04041 SC
| v. | )
| PIEDMONT HAWTHORNE AVIATION LLC, | ) ORDER
| Defendant. | )

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff SP Aviation, Inc. and Defendant Piedmont Hawthorne Aviation LLC, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to

STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. C05-04041 SC                          1

Fed. R. Civ. P. 41(a)(1).

Dated: August 28, 2006

**LEONIDOU & ROSIN**
Professional Corporation

*/s/ James R. Busselle*

James R. Busselle, Esq.
Attorneys for Plaintiff SP Aviation, Inc.

Dated: August 24, 2006

**DOMBROFF & GILMORE, P.C.**

*/s/*

Dane B. Jaques, Esq. (N.D. Cal. Bar 06/13/1991)
Shaleeza Altaf, Esq. (*Pro Hac Vice Admission*)
Counsel for Defendant Piedmont Hawthorne
Aviation LLC

IT IS SO ORDERED
*/s/ Samuel Conti*
Judge Samuel Conti